# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

JOHN ALLEN LOVEJOY,

              Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

              Defendant.

_____/

Case No.  1:15-cv-00360-SKO

**ORDER GRANTING STIPULATED REQUEST FOR AN EXTENSION OF TIME**

(Doc. 12)

On December 28, 2015, Defendant filed the parties' stipulated request that Defendant be permitted an additional 30 days to file her responsive brief due to her counsel's workload considerations.

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED;

2. Defendant shall file an opposition brief by no later than January 27, 2016; and

3. Plaintiff may file an optional reply brief by no later than February 15, 2016.

IT IS SO ORDERED.

Dated:   **December 29, 2015**                                 **/s/ Sheila K. Oberto**
                                                   UNITED STATES MAGISTRATE JUDGE