UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| JOHN ALLEN LOVEJOY, | ) | Case No. 1:15-cv-00360-SKO |
| Plaintiff, | ) ) ) | |
| v. | ) ) | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file her responsive pleading be extended for 30 days until February 26, 2016. This is Defendant's second request for an extension of time to file her responsive pleading. The current extension is requested to allow the undersigned additional time to fully review the administrative record and consider the government's position, as well as a high workload during this time period. Plaintiff's counsel does not object and agrees that all subsequent deadlines should be extended accordingly.

Respectfully submitted,

Date:  January 27, 2016          Law Offices of Lawrence Rohlfing

By:  /s/ *Young Cho**
Young Cho
Attorney for Plaintiff
(* By e-mail authorization on 01/27/16)

1

| | |
|---|---|
| Dated: January 27, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By:   */s/ Donna W. Anderson*<br>DONNA W. ANDERSON<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulated request, IT IS HEREBY ORDERED that:

1. Defendant shall file a responsive brief on or before February 26, 2016; and

2. Plaintiff may file an optional reply brief on or before March 17, 2016.

IT IS SO ORDERED.

Dated:   **January 28, 2016**              **/s/ Sheila K. Oberto**
                                                                         UNITED STATES MAGISTRATE JUDGE