UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LOVEJOY,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>        Defendant. | Case No.: 1:15-cv-00360-SKO<br><br>**ORDER ON PARTIES' STIPULATION FOR REMAND** |

Based upon the parties' Stipulation for Remand pursuant to sentence four of 42 U.S.C. § 405(g), and to Entry of Judgment ("Stipulation for Remand") (Doc. 19), and for cause shown, IT IS HEREBY ORDERED that:

1. The above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand; and

2. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **February 23, 2016**        **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE